# UNITED STATES DISTRICT COURT

**EASTERN** District of **CALIFORNIA**

| | |
|---|---|
| RUSLAN TRIPADUS and OLGA TRIPADUS<br>Plaintiff(s),<br>V.<br>MERCEDES-BENZ USA, LLC<br>Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:23-cv-01644-DAD-JDP |

Notice is hereby given that, subject to approval by the court, **MERCEDES-BENZ USA, LLC** (Party(s) Name) substitutes **Sabrina C. Narain** (Name of New Attorney), State Bar No. **299471** as counsel of record in place of **Jacky Po-Hong Wang and Justin H. Sanders** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: LTL Attorneys LLP
- Address: 300 S. Grand Avenue, Suite 3950, Los Angeles, CA 90071
- Telephone: (213) 612-8900    Facsimile: (213) 612-3773
- E-Mail (Optional): sabrina.narain@ltlattorneys.com

I consent to the above substitution.
Date: 2/23/2024
(Signature of Party(s))

I consent to being substituted.
Date: 2/23/2024
/s/ Jacky Po-Hong Wang   /s/ Justin H. Sanders
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 2/22/2024
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: February 26, 2024
Dale A. Drozd, Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]